sobre desestimación de la presente apelación; habiendo los apelantes justificado la demora en cuanto a la aprobación de la transcripción de la evidencia; apareciendo que dicha transcripción ya está aprobada por el juez que presidió el juicio del caso; y no habiendo el demandante apelado demostrado que los codemandados no notificados del escrito de apelación son verdaderas partes contrarias, se declara sin lugar dicha moción.

No. 5477.—BANCO DE PONCE, apldo., v. EL MUNICIPIO DE TOA ALTA, ETC., aplte.—C. D. San Juan. ▮▮▮▮ Diciembre 8, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)
Desestimado por abandono.

No. 5474.—ABARCA AUTO CO., INC., aplda., v. PESQUERA, aplte.—C. D. San Juan. ▮▮▮▮ Diciembre 8, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)
Desestimado por abandono.

No. 5489.—BROCKWAY MOTOR TRUCK CORP. OF PORTO RICO, aplda., v. MEDINA, ET AL., apltes.—C. D. Ponce. ▮▮▮▮ Diciembre 9, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)
Desestimado por abandono.

No. 5488.—BROCKWAY MOTOR TRUCK CORP. OF PORTO RICO, aplda., v. MEDINA, aplte.—C. D. Ponce. ▮▮▮▮ Diciembre 9, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)
Desestimado por abandono.

No. 5526.—SANTINI FERTILIZER CO., aplda., v. FERNÁNDEZ, aplte.—C. D. San Juan. ▮▮▮▮ Diciembre 17, 1930.

Desestimado por abandono.

No. 5475.—BANCO DE PONCE, apldo., v. LA SUCESIÓN DE DOMINGO MARTÍNEZ, ETC., aplte.—C. D. Ponce. ▮▮▮▮ Diciembre 22, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)
Desestimado por abandono.